### 2542. Moore v. The State.

Russell, J. The evidence was insufficient to authorize the conviction of the defendant, and a new trial should have been granted. The decision is controlled by the ruling in *Thompson* v. *State,* 5 *Ga. App.* 7 (62 S. E. 571), and *Winkles* v. *State,* 4 *Ga. App.* 559 (2), 563 (61 S. E. 1128).

*Judgment reversed.*

DECIDED JULY 25, 1910.

Accusation of adultery; from city court of Carrollton—Judge Beall. February 24, 1910.

The accused was convicted of adultery with Lula Yeoman. From the evidence it appeared that she was living apart from her husband and at the defendant's house, where she was employed to cook, wash, iron, do household work, and wait on his wife, who was an invalid. While she was so employed she gave birth to children. The defendant and a physician were the only persons present in the room with her when the children were born; and he procured and paid for the services of the physician. He had adult sons living in the house with him. While discussing this woman with a witness who advised him to get rid of her, he told the witness that he wanted to do so, but he was afraid; that he did not know what she would swear. He told this witness that his wife was an invalid, and he needed somebody to help her; that she was unable to do family duties; also that he was a healthy man. The defendant, in his statement to the jury, denied that he had

8

sexual intercourse with the woman.    No one testified to such intercourse.

*S. Holderness, J. O. Newell, Edgar Watkins,* for plaintiff in error, cited: 5 *Ga. App.* 7; Id. 176; 2 *Ga. App.* 620; 84 *Ga.* 461; 74 *Ga.* 376; 126 *Ga.* 563.

*C. E. Roop, solicitor,* contra, cited: 97 *Ga.* 192; 81 *Ga.* 140 (6).